NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BAXTER CORPORATION ENGLEWOOD,**
*Appellant*

**v.**

**BECTON, DICKINSON AND COMPANY,**
*Appellee*

---

2020-1806, 2020-1808

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00120, IPR2019-00121.

---

## JUDGMENT

---

GEORGE C. SUMMERFIELD, JR., K & L Gates LLP, Chicago, IL, argued for appellant.  Also represented by KATHERINE ALLOR, BENJAMIN EDWARD WEED; MICHAEL IRA COHEN, Baxter International Inc., Deerfield, IL.

THOMAS SAUNDERS, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, argued for appellee.  Also represented by OMAR KHAN, New York, NY; CRISTINA SALCEDO, Los Angeles, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, MAYER and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 8, 2021          /s/ Peter R. Marksteiner
    Date               Peter R. Marksteiner
                       Clerk of Court